UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

    v.                              MC. S-11-0025 LKK/EFB

APPROXIMATELY $5,451.00 in
U.S. CURRENCY, and
MISCELLANEOUS COUNTERFEIT
GOODS,

        DefendantS.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                              CR. S-08-0536 LKK

JOSE QUEVEDO-MEZA aka            <u>RELATED CASE ORDER</u>
Fernando; and
GRISELDA AVILA,

        Defendants.
_____/

    The court has received the Notice of Related Cases filed March 10, 2011. Examination of the above-entitled actions reveals

1  that both actions are related within the meaning of Local Rule
2  123(a), E.D. Cal. (2011).  The civil forfeiture action arises from
3  the same law enforcement investigation and thus involves
4  substantially the same events, transactions, and owner.
5      Because the cases are already assigned to the same district
6  judge, this order is issued for informational purposes only and
7  shall have no effect on the status of the cases.
8      IT IS SO ORDERED.
9      DATED:  March 15, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2